IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOT PERKET,

    Plaintiff,

v.

ST. FRANCIS OF MAYO HEALTH CARE
LA CROSSE (COUNTY), et al.

    Defendants.

ORDER

Case No. 16-cv-507-wmc

---

SCOT PERKET,

    Plaintiff,

v.

LA CROSSE COUNTY JAIL DEPUTIES, et al.

    Defendants.

ORDER

Case No. 16-cv-525-wmc

---

    Plaintiff Scot Perket has filed two proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepaying the filing fees pursuant to 28 U.S.C. § 1915 and has filed an affidavit of indigency in support of the request.

    The court has considered plaintiff's income, assets, obligations, and dependents set forth in the affidavit of indigency, and finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the $400 fees for commencing these actions.

ORDER

    IT IS ORDERED that plaintiff Scot Perket's petition for leave to proceed without prepayment of the filing fees is DENIED. Plaintiff must pay the $400 fee for each case, 16-

cv-485 and 16-cv-525, no later than August 16, 2016. If plaintiff fails to do so, these actions may be dismissed without prejudice to plaintiff filing the cases at a later date.

Entered this 26th day of July, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge