IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOT PERKET,

    Plaintiff,

v.

ST. FRANCIS OF MAYO HEALTH
CARE, LA CROSSE (COUNTY),
BUFFALO COUNTY COURT (ALMA),
and MAYO HEALTH CARE OF EAU
CLAIRE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-507-wmc

---

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants St. Francis of Mayo Health Care, La Crosse (County), Buffalo County Court (Alma) and Mayo Health Care of Eau Claire granting defendants' motion to dismiss and closing this case for plaintiff Scot Perket's failure to prosecute.

/s/                                                                    8/21/2017
Peter Oppeneer, Clerk of Court                   Date